IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JA NAWARA EL BEY a/k/a JAMES F. HILL, ) ) ) ) Plaintiff, ) ) v. ) ) MEMPHIS SHELBY COUNTY CHILD ) SUPPORT, AUGUSTA AVERY, JOY ) TOULIATOS, STATE OF TENNESSEE, ) and SHELBY COUNTY JUVENILE ) COURT, ) ) Defendant. ) ) | Case No. 2:13-cv-02380-JTF-dkv |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**

Before the Court is Plaintiff's Ja Nawara El-Bey a/k/a/ James F. Hill Motion for Leave to Proceed *in forma pauperis*, filed on June 3, 2013.  (D.E. #2).  On June 6, 2013, the Magistrate Judge entered an Order Directing Removing Defendant to File a Properly Completed Application to Proceed *In Forma Pauperis* or Pay the Civil Filing Fee. (D.E. #3).  On June 12, 2013, the Motion was referred to the Magistrate for Report and Recommendation, pursuant to 28 U.S.C. §§631-39.  (D.E. #25).  Plaintiff filed an Affidavit of Fact Averment of Jurisdiction—Quo Warranto Writ of Error on July 2, 2013, in response to the Magistrate's June 6, 2013 Order. (D.E. #5).  On July 10, 2013, the Magistrate entered her Report and Recommendation, recommending that the case be remanded to Shelby County Juvenile Court. (D.E. #6).  No objections were filed.

1

After reviewing the Magistrate Judge's Report and Recommendation, Plaintiff's Motion and Affidavit, and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that this case is REMANDED to Shelby County Juvenile Court, and Plaintiff's Motion for Leave to Proceed in Forma Pauperis is DENIED as MOOT.

IT IS SO ORDERED this 31st day of July, 2013.

BY THIS COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge